RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 8/28/09
CH

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL D. SIAS | CIVIL ACTION NO. 09-1089 |
| VS. | JUDGE HAIK |
| TALECRIS | MAGISTRATE JUDGE HILL |

## JUDGMENT OF DISMISSAL

Having given notice to plaintiff of this court's intention to dismiss this action without prejudice for plaintiff's failure to submit a completed and signed application to proceed in *forma pauperis* or this court's filing fee, and having received no response to this court's August 17, 2009 Order allowing the plaintiff time to comply, this court finds that plaintiff's action is subject to dismissal under F.R.C.P. 41(b) and 16(f). Such dismissals may also be done *sua sponte* in accordance with the court's inherent power to control its own docket. *See Link v. Wabash Railroad Company*, 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962); *Woodson v. Surgitek, Inc.*, 57 F.3d 1406, 1417 (5th Cir. 1995); *Natural Gas Pipeline Co. v. Energy Gathering, Inc.*, 2 F.3d 1397, 1407 (5th Cir. 1993); and *Rogers v. Kroger Company*, 669 F.2d 317, 320-321 (5th Cir. 1983).

Accordingly, it is ORDERED that this action be and it hereby is DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lafayette, Louisiana, this 28th day of August, 2009.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE